Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: __26-10171_____

| Caption: | |
|---|---|
| FFC Seafood, Inc.; Dominick Russo; and James Russo, Appellants,<br>v.<br>Secretary, U.S. Department of Commerce; Janet Coit, in her official capacity as Assistant Adminstrator for Fisheries; and National Marine Fisheries Service, Appellees | District and Division: Southern District of Alabama, Southern Division<br>Name of Judge: Jeffrey U. Beaverstock<br>Nature of Suit: Civil<br>Date Complaint Filed: June 9, 2024<br>District Court Docket Number: 1:24-cv-00186-JB-M<br>Date Notice of Appeal Filed: January 20, 2026<br>☐Cross Appeal  ☐Class Action<br>Has this matter previously been before this court?<br>☐Yes ☑No<br>If Yes, provide<br>(a)   Caption: _____<br>(b)   Citation: _____<br>(c)   Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Michael Poon | Pacific Legal Foundation, 555 Capitol Mall, Suite 1290, Sacramento, CA 95814 | T: (916) 419-7111<br>F: (916) 419-7747<br>E: MPoon@ pacificlegal.org |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Daniel J. Halainen | Department of Justice, ENRD, Appellate Div. P.O. Box 7415, Wash. D.C. 20044 | T: (202) 598-3329<br>E: daniel.j.halainen@ usdoj.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Summary Judgment | Awarded:<br>$_____<br>to _____ |
| ☑ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict | Injunctions:<br>☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Directed Verdict/NOV<br>☐ Injunction | ☐ Preliminary   ☐ Granted<br>☑ Permanent   ☑ Denied |
| | ☐ 54(b) | ☐ Other _____ | |

Page 2                                                    11th Circuit Docket Number: 26-10171

Based on your present knowledge:

(1)  Does this appeal involve a question of First Impression?  ☑Yes  ☐No
     What is the issue you claim is one of First Impression? Whether the structure of the Gulf of Mexico Fishery Management Council violates the Appointments Clause and Executive Vesting
     Clause of the Constitution

(2)  Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑Yes  ☐No

     If Yes, provide
     (a)  Case Name/Statute  Magnuson-Stevens Fishery Conservation and Management Act
     (b)  Citation  16 U.S.C. § 1801, et seq.
     (c)  Docket Number if unreported _____

(3)  Is there any case now pending or about to be brought before this court or any other court or administrative agency that
     (a)  Arises from substantially the same case or controversy as this appeal?  ☐Yes  ☑No
     (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑Yes  ☐No

     If Yes, provide
     (a)  Case Name  (1) Bell v. Lutnick; (2) New England Fishermen's Stewardship Ass'n v. Raimondo
     (b)  Citation _____
     (c)  Docket Number if unreported  (1) No. 24-60055; (2) No. 25-1212
     (d)  Court or Agency  (1) 5th Circuit Court of Appeals; (2) 1st Circuit Court of Appeals

(4)  Will this appeal involve a conflict of law
     (a)  Within the Eleventh Circuit?  ☐Yes  ☑No
     (b)  Among circuits?  ☑Yes  ☐No

     If Yes, explain briefly:

     Some of Appellants' arguments will disagree with some holdings in Lofstad
     v. Raimondo, 117 F.4th 493 (3d Cir. 2024). There is no current circuit split.

(5)  Issues proposed to be raised on appeal, including jurisdictional challenges:

     Whether members of the Gulf of Mexico Fishery Management Council are
     improperly appointed under the Appointments Clause of the Constitution;
     Whether they are improperly shielded from removal at will by the President
     under the Executive Vesting Clause of the Constitution; and
     If the structure of the Council violates the Constitution, whether severance is
     appropriate and avoids the violation.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS ___30th___ DAY OF _____January_____, __2026__.

Michael Poon                                              /Michael Poon/
_____                    _____
NAME OF COUNSEL (Print)                                  SIGNATURE OF COUNSEL