**No. 26-10171**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

_____

DOMINICK RUSSO; JAMES RUSSO; and FFC SEAFOOD, INC.,

Plaintiffs-Appellants-Cross-Appellees,

v.

SECRETARY, U.S. DEPARTMENT OF COMMERCE; ASSISTANT
ADMINISTRATOR OF THE NATIONAL MARINE FISHERIES
SERVICE; and NATIONAL MARINE FISHERIES SERVICE,

Defendants-Appellees-Cross-Appellants.

_____

On Appeal from the United States District Court
for the Southern District of Alabama, Southern Division,
Case No. 1:24-cv-00186-JB-M
The Honorable Jeffrey U. Beaverstock

_____

**PLAINTIFFS-APPELLANTS-CROSS-APPELLANTS'
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

_____

MICHAEL POON
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
MPoon@pacificlegal.org


*Attorney for Plaintiffs-Appellants-Cross-Appellants*

No. 26-10171

Dominick Russo et al. v. Secretary, U.S. Department of Commerce et al.

Pursuant to Eleventh Circuit Rules 26.1-1 and 26.1-2, the following is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities:

Beaverstock, Jeffrey U., District Court Judge

Coit, Janet, Defendant-Appellee

Costello, Sean P., United States Attorney for the Southern District of Alabama

FFC Seafood, Inc., Plaintiff-Appellant

Flax, Meredith J., Counsel for Defendants-Appellees

Govindan, S. Jay, Counsel for Defendants-Appellees

Griffin, Adam, Counsel for Plaintiffs-Appellants in the District Court

Gulf Of Mexico Reef Fish Shareholders' Alliance, Amicus Curiae

Gustafson, Adam R.F., Counsel for Defendants-Appellees

Halainen, Daniel, Counsel for Defendants-Appellees

No. 26-10171

Dominick Russo et al. v. Secretary, U.S. Department of Commerce et al.

Heisterhagen, Timothy A., Counsel for Defendants-Appellees

Hobbs, Timothy J., Jr., Counsel for Amici Curiae

K&L Gates, Counsel for Amici Curiae

Levy, Mara B., Counsel for Defendants-Appellees

Lutnick, Howard, Defendant-Appellee

National Marine Fisheries Service, Defendant-Appellee

Pacific Legal Foundation, Counsel for Plaintiffs-Appellants

Piñeiro Soler, Eugenio, Defendant-Appellee

Poon, Michael, Counsel for Plaintiffs-Appellants

Raimondo, Gina, Defendant-Appellee

Russo, Dominick, Plaintiff-Appellant

Russo, James, Plaintiff-Appellant

Seafood Harvesters of America, Amicus Curiae

Todd, Victoria O., Counsel for Defendants-Appellees

Turner, Frederick H., Counsel for Defendants-Appellees

United States Department of Commerce, Defendant-Appellee

No. 26-10171

Dominick Russo et al. v. Secretary, U.S. Department of Commerce et al.

Dated January 30, 2026.

Respectfully submitted,

*/s/ Michael Poon*
MICHAEL POON
PACIFIC LEGAL FOUNDATION
555 Capitol Mall
Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
MPoon@pacificlegal.org

*Attorney for Plaintiffs-Appellants-Cross-Appellants*

No. 26-10171

Dominick Russo et al. v. Secretary, U.S. Department of Commerce et al.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I filed the foregoing was filed with the Court via CM/ECF. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Michael Poon*
MICHAEL POON

5