Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: 26-10265

| Caption: | District and Division: Southern District of Alabama, Southern Division |
|---|---|
| DOMINICK RUSSO; JAMES RUSSO; FFC SEAFOOD, INC, Plaintiffs/Appellants-Cross-Appellees, | Name of Judge: Jeffrey U. Beaverstock, Chief U.S. District Judge |
| | Nature of Suit: Civil |
| | Date Complaint Filed: June 9, 2024 |
| v. | District Court Docket Number: 1:24-cv-00186-JB-M |
| | Date Notice of Appeal Filed: January 26, 2026 |
| SECRETARY, U.S. DEPARTMENT OF COMMERCE; ASSISTANT ADMINISTRATOR FOR THE NATIONAL MARINE FISHERIES SERVICE; NATIONAL MARINE FISHERIES SERVICE, Defendants/Appellees-Cross-Appellants | ☑ Cross Appeal   ☐ Class Action |
| | Has this matter previously been before this court? ☐ Yes ☑ No |
| | If Yes, provide |
| | (a)   Caption: _____ |
| | (b)   Citation: _____ |
| | (c)   Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: ☐ Plaintiff ☑ Defendant ☐ Other (Specify) | Daniel Halainen | U.S. Department of Justice, ENRD P.O. Box 7415 Washington, DC 20044 | Tel.: (202) 598-3329 Fax: n/a Email: daniel.j.halainen@usdoj.gov |
| For Appellee: ☑ Plaintiff ☐ Defendant ☐ Other (Specify) | Michael Poon | Pacific Legal Foundation 555 Capitol Mall, Suite 1290, Sacramento, CA 95814 | Tel.: (916) 419-7111 Fax: (916) 419-7747 Email: mpoon@pacificlegal.org |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Summary Judgment | Awarded: $_____ |
| ☑ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | | ☐ Other _____ | ☑ Permanent   ☑ Denied |

Page 2                                                              11th Circuit Docket Number:  26-10265

Based on your present knowledge:

(1)  Does this appeal involve a question of First Impression?  ☑Yes  ☐No
What is the issue you claim is one of First Impression? Whether councils established by the Magnuson-Stevens Act violate the Appointments Clause of the U.S. Constitution.

(2)  Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑Yes  ☐No

If Yes, provide
(a)  Case Name/Statute Magnuson-Stevens Fishery Conservation and Management Act
(b)  Citation 16 U.S.C. §§ 1801 et seq.
(c)  Docket Number if unreported

(3)  Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a)  Arises from substantially the same case or controversy as this appeal?  ☐Yes  ☑No
(b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑Yes  ☐No

If Yes, provide
(a)  Case Name (1) Arnesen v. Lutnick and (2) New England Fishermen's Stewardship Ass'n v. Lutnick
(b)  Citation
(c)  Docket Number if unreported (1) No. 24-60055, and (2) Nos. 25-1212, 25-1213
(d)  Court or Agency (1) Fifth Circuit and (2) First Circuit

(4)  Will this appeal involve a conflict of law
(a)  Within the Eleventh Circuit?  ☐Yes  ☑No
(b)  Among circuits?  ☑Yes  ☐No

If Yes, explain briefly:

The parties may raise arguments that are inconsistent (in whole or in part) with Lofstad v. Raimondo, 117 F.4th 493 (3d Cir. 2024).

(5)  Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether plaintiffs lack Article III standing to challenge the constitutionality of ancillary provisions of the Magnuson-Stevens Act that are not implicated by the agency action under review.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 9th DAY OF February , 2026 .

Daniel Halainen                                    /s/ Daniel Halainen
NAME OF COUNSEL (Print)                            SIGNATURE OF COUNSEL