Nos. 26-10171, 26-10265

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DOMINICK RUSSO; JAMES RUSSO; FFC SEAFOOD, INC.,
*Plaintiffs/Appellants-Cross-Appellees*,

v.

SECRETARY, U.S. DEPARTMENT OF COMMERCE; ASSISTANT
ADMINISTRATOR OF THE NATIONAL MARINE FISHERIES SERVICE;
NATIONAL MARINE FISHERIES SERVICE,
*Defendants/Appellees-Cross-Appellants*.

Appeal from the United States District Court for the Southern District of Alabama
No. 1:24-cv-00186-JB-M (Hon. Jeffrey U. Beaverstock)

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to 11th Cir. R. 26.1-1, the defendants/appellees-cross-appellants

add the following interested persons not included on the Certificate of Interested

Persons already filed in this appeal:

Hansen-Young, Thekla, counsel for defendants/appellees-cross-appellants

Heminger, Justin, counsel for defendants/appellees-cross-appellants

The appellees are not aware of other persons or entities that should be added.

C-1 of 2

Respectfully submitted,

/s/ *Daniel Halainen*
DANIEL HALAINEN
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-3329
daniel.j.halainen@usdoj.gov

*Counsel for Appellees-Cross-Appellants*

C-2 of 2

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. The document will be served on counsel of record by transmission of notices of electronic filing generated by the Court's CM/ECF system.


/s/ *Daniel Halainen*
DANIEL HALAINEN

*Counsel for Appellees-Cross-Appellants*